LAW OFFICES OF COURTNEY M. COATES
COURTNEY M. COATES - 203448
26201 Ynez Road
Suite 103
Temecula, CA 92591
P: (951) 595-8118
F: (951) 296-2186
ccoateslaw@gmail.com

Attorneys for Plaintiffs
MASSEY ENTERPRISE INTERNATIONAL, INC.
KYLE MASSEY AND CHRISTOPHER MASSEY

# UNITED STATES DISTRICT COURT

# IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSEY ENTERPRISE INTERNATIONAL, INC.; BOY-O-BOY ENTERTAINMENT, INC.; ANGEL MASSEY; KYLE MASSEY; CHRISTOPHER MASSEY<br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATED TELEVISION INTERNATIONAL; HELPING HANDS, LLC; DAVID McKENZIE, also known as DAVID STANTON, and DOES 1-10,<br><br>Defendants. | Case No. CV 12-05327 JFW (MRWx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING**<br><br>Action Filed: June 19, 2012 |

I, Courtney M. Coates, declare as follow:

　　1.　　I am the lead trial attorney for Plaintiffs MASSEY ENTERPRISE INTERNATIONAL, INC.; BOY-O-BOY ENTERTAINMENT, INC.; ANGEL MASSEY; KYLE MASSEY; CHRISTOPHER MASSEY in the above-captioned

- 1 -
DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING

1  matter.  Pursuant to the district court's Standard Order, I hereby notify this Court that I am registered as an "ECF User."

2.  My office consents to and hereby accepts service and receipt of filed documents by electronic means.  My "Email Address of Record" is as follow: **ccoateslaw@gmail.com**, which may be used by this Court and the Defendants for purposes of service of all pleadings and other court-related documents to be filed with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 24th day of June 2012 in Temecula, California.

By: */s/ Courtney M. Coates*
COURTNEY M. COATES

- 2 -
DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING