Name and address:
James L. Walker, Jr.
Walker & Associates, LLP
80 Wild Horse Ct.
Monroe, CT 06468

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Massey Enterprise International Inc et al <br><br> Plaintiff(s) <br> v. <br> Associated Television International et al <br><br> Defendant(s). | CASE NUMBER <br><br> CV 12-5327 JFW (MRWx) <br><br><br> **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, James L. Walker, Jr. _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Massey Enterprise International Inc _____ by whom I have been retained.

My business information is:
Walker & Associates, LLP
_____
*Firm Name*

80 Wild Horse Ct.
_____
*Street Address*          jjwalker@walkerandassoc.com
                          _____
Monroe, CT 06468                    *E-Mail Address*
_____
*City, State, Zip*
203-324-0094              203-324-0022
_____         _____
*Telephone Number*        *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Connecticut Superior Court | November 1995 |

*FILED JUL -3 2012, Clerk U.S. District Court, Central District of California*

*Lodged Proposed Order*

---

G-64 (11/11)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 1 of 2

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate **Courtney M. Coates** as local counsel, whose business information is as follows:

**Law Offices of Courtney M. Coates**
*Firm Name*

**26201 Ynez Road, Ste. 103**
*Street Address*

**Temecula, CA 92591**
*City, State, Zip*

**ccoateslaw@gmail.com**
*E-Mail Address*

**(951) 595-8118**
*Telephone Number*

**(951) 296-2186**
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated **6/20/12**

**James L. Walker, Jr.**
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated **7/2/12**

**Courtney M. Coates**
*Designee's Name (please print)*

*Designee's Signature*

**203448**
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (**G-64** ORDER) ALONG WITH THIS APPLICATION.

# State of Connecticut
# Supreme Court

I, **Michele T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

**Do hereby certify**, that, in the Superior Court at Hartford on the 16th day of November, 1995.

James L. Walker Jr.

of

Atlanta, Georgia

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

**In Testimony Whereof**, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day June 25, 2012.

Michele T. Angers
Chief Clerk

