| | |
|---|---|
| 1 | Courtney M. Coates, Esq., SBN 203448 |
| | ccoateslaw@gmail.com |
| 2 | Law Offices of Courtney M. Coates |
| | 26201 Ynez Road, Suit 103 |
| 3 | Temecula, CA 92591 |
| | Telephone: (951) 595-8118 |
| 4 | Facsimile: (951) 296-2186 |
| 5 | James L. Walker, JR., *Pro Hac Vice* |
| | Walker & Associates, LLP |
| 6 | 80 Wildhorse Court |
| | Monroe, CT 06468 |
| 7 | Telephone: (203) 324-0091 |
| 8 | Attorneys for Plaintiffs Massey Enterprise International, Inc.; Boy-O-Boy Entertainment, Inc.; Angel Massey; Kyle Massey; and Christopher Massey |
| 9 | |
| 10 | Stephen G. Contopulos, SBN 50317 |
| | scontopulos@sidley.com |
| | Bradley H. Ellis, SBN 110467 |
| 11 | bellis@sidley.com |
| | Wesley R. Montalvo, SBN 280570 |
| 12 | wmontalvo@sidley.com |
| | SIDLEY AUSTIN LLP |
| 13 | 555 West Fifth Street, Suite 4000 |
| | Los Angeles, California 90013 |
| 14 | Telephone: (213) 896-6000 |
| | Facsimile: (213) 896-6600 |
| 15 | |
| 16 | Attorneys for Defendants Associated Entertainment Releasing d/b/a Associated Television International and Helping Hands, LLC |

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MASSEY ENTERPRISE INTERNATIONAL, INC., et al. | ) CV12-05327 JFW (MRWx) |
| | ) |
| Plaintiffs, | ) STIPULATION TO EXTEND TIME |
| | ) TO RESPOND TO INITIAL |
| v. | ) COMPLAINT BY NOT MORE |
| | ) THAN 30 DAYS (L.R. 8-3) |
| ASSOCIATED TELEVISION INTERNATIONAL, et al. | ) |
| | ) Complaint served: June 22, 2012 and |
| Defendants. | ) July 9, 2012 |
| | ) Current response date: July 13, 2012 |
| | ) and July 30, 2012 |
| | ) New response date: August 10, 2012 |

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1  This Stipulation is made and entered into by and between Plaintiffs Massey Enterprise International, Inc.; Boy-O-Boy Entertainment, Inc.; Angel Massey; Kyle Massey; and Christopher Massey (together, "Plaintiffs"), on the one hand, and Associated Entertainment Releasing d/b/a Associated Television International ("ATI") and Helping Hands, LLC ("HH"), on the other hand, by and through their respective counsel:

WHEREAS, on June 19, 2012, Plaintiffs filed their complaint (the "Complaint");

WHEREAS, Plaintiff served the Complaint on HH on or about June 22, 2012, resulting in a responsive pleading date of July 13, 2012;

WHEREAS, on July 9, 2012, ATI through its counsel agreed to accept service of the Summons and Complaint;

WHEREAS, Plaintiffs agreed to extend ATI's and HH's time to respond to the Complaint to and including August 10, 2012, which results in an extension of time of less than 30 days for ATI's and HH's response; and

WHEREAS, this is the first extension of time sought, and ATI and HH represent that this extension is not sought for the purpose of improper delay.

NOW, THEREFORE, the parties hereby stipulate that ATI and HH shall have to and including August 10, 2012, to respond to the Complaint in this matter.

Dated: July 12, 2012

SIDLEY AUSTIN LLP

By: /s/ Bradley H. Ellis
Bradley H. Ellis
Attorneys for ATI and HH

Dated: July 11, 2012

LAW OFFICES OF COURTNEY M. COATES

By: /s/ Courtney M. Coates
Courtney M. Coates
Attorneys for Plaintiffs

LA1 2500668v.3

2
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT