| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Courtney M. Coates, Esq. SBN 203448<br>Law Offices of Courtney M Coates<br>26201 Ynez Road Suite 103<br>Temecula, CA 92591<br>ATTORNEY FOR    Plaintiff | (951) 595-8118<br><br>Ref. No. or File No<br>2259 | |

| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT FILING LOS ANGELES |
|---|
| 312 N Spring St |
| Los Angeles, CA 90012 |

| SHORT TITLE OF CASE: |
|---|
| Massey Enterprise International, Inc vs Associated Television International |

| INVOICE NO. | DATE: | TIME | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 841339 | | | | CV12-05327JFW(MRWx) |

United States District Court
Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Complaint, Summons, Civil Cover, Notice of Interested Parties; ADR information;

On: Helping Hands, LLC

At: 2711 Centerville Road 400
Wilmington, DE 19808

In the above mentioned action by personally serving to and leaving with

Sue Rhea
Whose title is: Managing Agent of process for CSC

On: 6/22/2012                    At: 03:55 PM

Person who served papers
   a. Name: Sharlene Ryan
   b. Address: 14748 Pipeline Avenue, Suite B. Chino Hills, CA 91709
   c. Telephone number: 909-664-9565
   d. The fee for this service was: 145.00
   e. I am:
   (3) [X] a registered DE process server:
       (i) [X] Independent Contractor
       (ii) Registration No.:
       (iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

6/25/2012

Sharlene Ryan

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-14

Declaration of Service