ROPERS, MAJESKI, KOHN & BENTLEY
RICHARD L. CHARNLEY (SBN 70430)
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
rcharnley@rmkb.com
Attorneys for Defendant ASSOCIATED TELEVISION INTERNATIONAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSEY ENTERPRISE, ET AL<br>Plaintiff(s)<br>v.<br>ASSOCIATED TELEVISION, ET AL<br>Defendant(s). | CASE NUMBER<br>CV12-05327-JFW (MRWX)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

ASSOCIATED TELEVISION INTERNATIONAL
___Name of Party___
☐ Plaintiff ☒ Defendant ☐ Other _____

hereby request the Court approve the substitution of RICHARD L. CHARNLEY
___New Attorney___

as attorney of record in place and stead of BRADLEY H. ELLIS
___Present Attorney___

Dated August 22, 2012          [signature] EX VP
                                Signature of Party/Authorized Representative of Party
                                ASSOCIATED TELEVISION INTERNATIONAL

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated August 23, 2012          [signature]
                                Signature of Present Attorney
                                BRADLEY H. ELLIS

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 8/22/12                  [signature]
                                Signature of New Attorney
                                RICHARD L. CHARNLEY
                                70430
                                State Bar Number

If party requesting to appear Pro Se:

Dated _____                   _____
                                Signature of Requesting Party

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)      REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY      American LegalNet, Inc.
                                                                        www.USCourtForms.com