```
1  Courtney M. Coates, SBN 203448
   LAW OFFICES OF COURTNEY M. COATES
2  26201 Ynez Road, Suite 103
   Temecula, California 92591
3  Telephone: (951) 595-8118
   Facsimile: (951) 296-2186
4  ccoateslaw@gmail.com

5  James L. Walker, JR., 411767
   WALKER & ASSOCIATES, LLP
6  80 Wildhorse Court
   Monroe, Connecticut 06468
7  (203) 324-0091

8  Attorneys for Plaintiffs
   MASSEY ENTERPRISE INTERNATIONAL, INC.;
9  BOY-O-BOY ENTERTAINMENT, INC.;
   ANGEL MASSEY; KYLE MASSEY;
10 and CHRISTOPHER MASSEY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSEY ENTERPRISE INTERNATIONAL, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ASSOCIATED TELEVISION INTERNATIONAL, et al., <br><br> Defendants. | Case No. CV12-05327-JFW (MRWX) <br><br> Assigned to: HON. JOHN F. WALTER <br><br> **NOTICE OF SETTLEMENT** |

**TO THE COURT:**

In accordance with Local Rule 16-15.7, Plaintiffs hereby submit this Notice of Settlement, to notify the Court that the lawsuit has been settled as to all parties, and to request 30 days in which to finalize a more formal agreement in good faith with Defendants and file the dismissal. In the interim, the parties hereby request

that the Court retain jurisdiction to enforce the settlement terms pursuant to the

parties' JAMS short-form stipulation.

Dated: November 13, 2012     LAW OFFICES OF COURTNEY M. COATES


By: */s/ Courtney M. Coates*
Courtney M. Coates, Esq.
Attorneys for Plaintiffs MASSEY
ENTERPRISE INTERNATIONAL, INC.,
BOY-O-BOY ENTERTAINMENT, INC.,
ANGEL MASSEY, CHRISTOPHER
MASSEY, KYLE MASSEY