1  Courtney M. Coates, SBN 203448
   LAW OFFICES OF COURTNEY M. COATES
2  26201 Ynez Road, Suite 103
   Temecula, California 92591
3  Telephone: (951) 595-8118
   Facsimile: (951) 296-2186
4  ccoateslaw@gmail.com

5  James L. Walker, JR., 411767
   WALKER & ASSOCIATES, LLP
6  80 Wildhorse Court
   Monroe, Connecticut 06468
7  (203) 324-0091

8  Attorneys for Plaintiffs
   MASSEY ENTERPRISE INTERNATIONAL, INC.;
9  BOY-O-BOY ENTERTAINMENT, INC.;
   ANGEL MASSEY; KYLE MASSEY;
10 and CHRISTOPHER MASSEY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSEY ENTERPRISE INTERNATIONAL, INC., et al., | Case No. CV12-05327-JFW (MRWX) |
| Plaintiffs, | Assigned to: HON. JOHN F. WALTER |
| vs. | **STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AND FOR JUDICAL ENFORCEMENT OF SETTLEMENT AGREEMENT** |
| ASSOCIATED TELEVISION INTERNATIONAL, et al., | |
| Defendants. | |

WHEREAS, the Plaintiffs Massey Enterprise International, Inc., Boy-O-Boy Entertainment, Inc., Angel Massey, Kyle Massey, and Christopher Massey (hereinafter collectively "Plaintiffs"), on the one hand, and Associated Television International, Helping Hands, LLC, and David Stanton aka David McKenzie (hereinafter collectively "Defendants") have entered into a Stipulation for Settlement and Confidential Mutual Settlement Agreement and Release of Claims ("Settlement

STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AND FOR
JUDICAL ENFORCEMENT OF SETTLEMENT AGREEMENT

Agreement"). Plaintiffs and Defendants are hereinafter collectively referenced herein as "the Parties."

WHEREAS, the Parties intend to cause dismissal of the entire action with prejudice, provided that the Court retain limited jurisdiction over the Parties to enforce only certain terms of the Settlement Agreement, the remainder of which will be arbitrated before JAMS;

Now, therefore, the Parties hereby stipulate to the Order, submitted contemporaneously herewith, granting dismissal as follows:

1. The entire action shall be dismissed with prejudice;

2. The Court shall retain limited jurisdiction over the Parties to perform those terms of the Settlement Agreement which expressly authorize judicial enforcement;

3. The Parties shall bear their own attorneys' fees and costs;

Dated: December 3, 2012      LAW OFFICES OF COURTNEY M. COATES

By: /s/ Courtney M. Coates
Courtney M. Coates, Esq.
Attorneys for Plaintiffs MASSEY
ENTERPRISE INTERNATIONAL, INC.,
BOY-O-BOY ENTERTAINMENT, INC.,
ANGEL MASSEY, CHRISTOPHER
MASSEY, KYLE MASSEY

ROPERS MAJESKI, PC.

Dated: December 3, 2012      By: /s/ Richard L. Charnley
Richard L. Charnley, Esq. Attorneys for
ASSOCIATED TELEVISION INTERNATIONAL;
HELPING HANDS, LLC, and DAVID MCKENZIE