NOTE: CHANGES MADE BY THE COURT

closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSEY ENTERPRISE INTERNATIONAL, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ASSOCIATED TELEVISION INTERNATIONAL, et al.<br><br>Defendants. | Case No. CV12-05327-JFW (MRWX)<br><br>Assigned to: JOHN F. WALTER<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND FOR JUDICIAL ENFORCEMENT OF SETTLEMENT AGREEMENT** |

This Court, having reviewed and considered the parties' Stipulation for Dismissal of the entire action and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED as follows:

1. The ENTIRE ACTION is hereby DISMISSED WITH PREJUDICE.

2. Each party shall bear their own costs and attorneys' fees.

Dated: January 4, 2013

_____
The Honorable John F. Walter
United States District Court Judge